UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:91-CR-00064-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LUCILLE S. DUPREE | ) | |

This matter comes before the court on the parties' Joint Motion for Briefing on Defendant's Objections to Garnishee Edward D. Jones, Co.'s Answer to the Government's Application for Writ of Continuing Garnishment. The court allows the parties' motion, and orders briefing on the following schedule:

1. Defendant's Memorandum in Support of her Objections will be filed no later than May 18, 2012.

2. The government's Response will be due twenty (20) days after Defendant files its Memorandum.

3. Defendant's Reply will be due ten (10) days after the government files its Response.

Except as otherwise stated in this order, Local Civil Rule 7.2 (EDNC) governs the filing of memoranda.

This 17 April 2012.

_____
W. Earl Britt
Senior U.S. District Judge